UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| INESTA HUNTER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:12-CV-505-BO |
| | ) | |
| TUFTS HEALTH PLAN, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, US District Court Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that this court lacks personal jurisdiction over the defendant and the defendant's motion to dismiss is GRANTED. This matter is DISMISSED and the clerk is DIRECTED to close the file.

**This Judgment Filed and Entered on April 22, 2013, and Copies To:**

Inesta Hunter (104 Glaston Court, Apex, NC 27502)

Joshua M. Krasner (via CM/ECF Notice of Electronic Filing)
Richard Scott McAtee (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| April 22, 2013 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |